# United States Court of Appeals
## For the Eighth Circuit

_____

No. 14-1221
_____

Charles A. Sisson; Maralee M. Sisson

*Appellant*s

v.

Commissioner of Internal Revenue

*Appellee*

_____

Appeal from The United States Tax Court

_____

Submitted: October 17, 2014
Filed: October 24, 2014
[Unpublished]

_____

Before COLLOTON, BOWMAN, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Charles and Maralee Sisson appeal from an order of the Tax Court[1] denying their motion for leave to file a motion to correct purported inaccuracies in a hearing transcript. After careful review, we find no basis for reversal, given that the specific

_____

[1]The Honorable Robert N. Armen, Jr., United States Tax Court Judge.

relief the Sissons seek could not have any effect on the matters at issue in this case. See Doe v. Nixon, 716 F.3d 1041, 1051 (8th Cir. 2013) (noting that a federal court does not have authority to give opinions on moot questions or abstract propositions that cannot affect the matter at issue in the case before it).

Accordingly, we affirm.

_____